BUTLER *v.* CRIMINAL COURT OF LAKE COUNTY.

[No. 0-422.   Filed January 24, 1956.]

*Ronald Wayne Butler, pro se.*

PER CURIAM.—This petition for an alternative writ of mandamus is not brought in the name of the State of Indiana nor does it comply with Rule 2-35 as to certified copies of records in the trial court; hence it is fatally defective.

Petition denied.

NOTE.—Reported in 131 N. E. 2d 467.

STATE EX REL. RAWLINGS *v.* LYBROOK, JUDGE OF JOHNSON CIRCUIT COURT.

[No. 0-426.   Filed January 24, 1956.]

*Trivis Rawlings, pro se.*

PER CURIAM.—Relator prays we issue an alternative writ of mandamus. The petition is fatally defective for failure to comply with Rule 2-35 as to certified copies of records of the trial court.

Petition denied.

NOTE.—Reported in 131 N. E. 2d 466.